

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00317-CR

Jon Thomas **FORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR7741
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 20, 2014.

_____
Marialyn Barnard, Justice